THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RANDY W. BROWN, Appellant. (Appeal No. 2.) [893 NYS2d 922]—Appeal from a judgment of the Steuben County Court (Joseph W. Latham, J.), rendered April 14, 2008. The judgment convicted defendant, upon his plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

. Same memorandum as in *People v Brown* (70 AD3d 1378 [2010]). Present—Smith, J.P., Carni, Pine and Gorski, JJ.